| | |
|---|---|
| 1 | STEVEN G. KALAR<br>Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender |
| 3 | 555 - 12th Street<br>Suite 650 |
| 4 | Oakland, CA 94607-3627<br>Telephone: (510) 637-3500 |
| 5 | |
| 6 | Counsel for Defendant He |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR 05-00641-2-RMW |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION PERMITTING TRAVEL; [] ORDER |
| HAO HE, | ) | |
| Defendant. | ) | |

It is hereby STIPULATED between the parties that Mr. He be permitted to travel to China between on or about December 24, 2012 and January 6, 2013, provided that he maintain contact with his Probation Officer as directed and that he share with his Probation Officer any documents, tickets, plans, or itineraries requested. The Probation Officer has indicated by email to defense counsel that he does not oppose this request, as Mr. He is "doing well and current on his restitution."

1

Mr. He was previously represented by appointed counsel. The Federal Public Defender has not been appointed to represent him, but asks to be permitted to do so for purposes of this stipulation.

**STIPULATED:**

DATED: 11/28/12
/s/
JOHN PAUL REICHMUTH
Asst. Federal Public Defender

DATED: 11/28/12
/s/
MATTHEW PARRELLA
Assistant United States Attorney

ORDER

Based on the stipulation of the parties, it is hereby

ORDERED that Hao He be permitted to travel to China between on or about December 24, 2012 and January 6, 2013, provided that he maintain contact with his Probation Officer as directed, and that he share with his Probation Officer any documents, tickets, plans, or itineraries requested. All other conditions of Supervised Release shall remain in place.

IT IS SO ORDERED.

FGBFBG
Date

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE